IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARY JANICE MCGOWAN PARKER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE |
| v. | : | |
| | : | NO. 1:23-CV-3952 |
| | : | |
| LEXIS NEXIS RISK SOLUTIONS, INC., | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS**

On November 2, 2023 Defendant LexisNexis Risk Solutions, Inc. (LEXISNEXIS) filed a partition Motion to Dismiss County III of Plaintiff's Complaint.  Plaintiff's response pursuant to Local Rule 7.1(B) is due within fourteen (14) days after service of the motion.

Plaintiff is respectfully requesting an extension to respond to Defendant's above referenced motion up through and including November 29, 2023.

Plaintiff would advise the court that Defendant LEXISNEXIS does not oppose the instant motion.

A proposed order granting this motion is attached hereto as Exhibit A.

1

Respectfully submitted this 14th day of November, 2023,

         **SKAAR & FEAGLE, LLP**

By: */s/ James M. Feagle*
   James M. Feagle
   Georgia Bar No. 256916
   jfeagle@skaarandfeagle.com
   Tucker, GA 30084
   Telephone: (404) 373-1970
   Facsimile: (404) 601-1855

3