IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARY JANICE MCGOWAN PARKER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE |
| v. | : | |
| | : | NO. 1:23-CV-3952 |
| | : | |
| LEXIS NEXIS RISK SOLUTIONS, INC., | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## **ORDER**

On November 2, 2023 Defendant LexisNexis Risk Solutions, Inc. (LEXISNEXIS) filed a partition Motion to Dismiss County III of Plaintiff's Complaint.  Plaintiff has requested an extension to respond to Defendant's above referenced motion up through an including November 29, 2023.  The Court has been advised that this motion is not opposed.

Upon due consideration, the Court GRANTS Plaintiff's motion for an extension to respond to Defendant's Partial Motion to Dismiss up through and including November 29, 2023.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE