**FILED IN CHAMBERS**
**U.S.D.C ATLANTA**

Date: Nov 16 2023

KEVIN P. WEIMER , Clerk

By: s/Kari Butler
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARY JANICE MCGOWAN PARKER,   :
                                    :
           Plaintiff,         :    CIVIL ACTION FILE
v.                              :
                                      :    NO. 1:23-CV-3952
                                    :
LEXIS NEXIS RISK SOLUTIONS, INC.,  :
                                      :
           Defendant.      :
_____:

## ORDER

On November 2, 2023 Defendant LexisNexis Risk Solutions, Inc.

(LEXISNEXIS) filed a partition Motion to Dismiss County III of Plaintiff's

Complaint.  Plaintiff has requested  an extension to respond to Defendant's above

referenced motion up through an including November 29, 2023.  The Court has

been advised that this motion is not opposed.

Upon due consideration, the Court GRANTS Plaintiff's motion for an

extension to respond to Defendant's Partial Motion to Dismiss up through and

including November 29, 2023.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE