IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARY JANICE MCGOWAN PARKER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE |
| v. | : | |
| | : | NO. 1:23-cv-03952-JPB-WEJ |
| | : | |
| LEXISNEXIS RISK SOLUTIONS, INC., | : | |
| | : | **JURY TRIAL DEMANDED** |
| Defendant. | : | |
| | : | |

## MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW PLAINTIFF, pursuant to Fed.R.Civ.P. 15(a)(2) and 15(d), and brings this her motion to amend her complaint as follows.

The attached First Amended and Supplemental Complaint for Damages amends the Original Complaint in two regards. First, the Complaint is amended to remove the original Court III which asserted a claim under Georgia's Unfair and Deceptive Practices Toward the Elderly Act claim, O.C.G.A. § 10-1-850 et seq. That claim alone was subject to Defendant's Partial Motion to Dismiss [doc. 5]. This amendment moots that Partial Motion to Dismiss.[1]

---

[1]     Defendant has indicated in an email from its counsel of November 29, 2023 that defendant will not oppose an amendment to remove the Deceptive Practices Toward the Elderly Act claim.

Second, the Amended Complaint pleads supplemental factual information

which occurred after the filing date of the original Complaint [doc. 1 filed Sept. 1,

2023]. *See* First Amended and Supplemental Complaint, ¶¶ 81-83. No new legal

theories are introduced in this proposed amendment. The supplemental factual

pleading all pertain to the Fair Credit Reporting Act claims asserted in Counts I

and II of both the original Complaint and the Amended Complaint.

## Conclusion

For the reasons set forth above, Plaintiff respectfully prays, pursuant to

Fed.R.Civ.P. 15(a)(2) and 15(d), that this Motion be GRANTED, that the First

Amended and Supplemental Complaint for Damages be deemed the governing

pleading in this matter, and that the Court direct the Defendant to file an answer or

other appropriate response no later than fourteen (14) days from the date this

Court's order.

Respectfully submitted,

**SKAAR & FEAGLE, LLP**

by:    s/ *James M. Feagle*
James M. Feagle
Georgia Bar No. 256916
jfeagle@skaarandfeagle.com
Chelsea R. Feagle
Georgia Bar No. 110863
cfeagle@skaarandfeagle.com
Cliff R. Dorsen

Georgia Bar No. 149254
cdorsen@skaarandfeagle.com
2374 Main Street
Suite B
Tucker, GA 30084
404 / 373-1970
404 / 601-1855 fax


Kris Skaar
Georgia Bar No. 649610
kskaar@skaarandfeagle.com
Justin T. Holcombe
Georgia Bar No. 552100
jholcombe@skaarandfeagle.com
133 Mirramont Lake Drive
Woodstock, GA  30189
770 / 427-5600
404 / 601-1855 fax

Robert S. Sola
*Pro Hac Vice*
rssola@msn.com
Robert S. Sola, P.C.
1500 SW First Avenue, Suite 800
Portland, OR 97201
Telephone: (503) 243-4546

**CERTIFICATE OF COMPLIANCE WITH LR 5.1B & 7.1D, NDGa.**

Pursuant to LR 7.1D, NDGa., I certify that this document has been prepared

with one of the font and point selections approved by the court in LR 5.1B, to wit:

[x] Times New Roman, 14 point; or

[ ] Courier New, 12 point.


Respectfully submitted,

                                     **SKAAR & FEAGLE, LLP**

                          by:    s/ *James M. Feagle*
                                 James M. Feagle
                                 Georgia Bar No. 256916
                                 jfeagle@skaarandfeagle.com
                                 Chelsea R. Feagle
                                 Georgia Bar No. 110863
                                 cfeagle@skaarandfeagle.com

                                 ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, James M. Feagle, hereby certify that I have this day filed the within and foregoing Plaintiff's Response to Defendant's Partial Motion to Dismiss Plaintiff's Complaint using the CM/ECF system which shall contemporaneously send notice to all counsel of record pursuant to Fed. R. Civ. P. 5(b)(2)(E) and 5(b)(3).

Respectfully submitted,

**SKAAR & FEAGLE, LLP**

by:     s/ *James M. Feagle*
        James M. Feagle
        Georgia Bar No. 256916
        jfeagle@skaarandfeagle.com
        Chelsea R. Feagle
        Georgia Bar No. 110863
        cfeagle@skaarandfeagle.com

        ATTORNEY FOR PLAINTIFF