IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARY JANICE MCGOWAN PARKER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE |
| v. | : | |
| | : | NO. 1:23-cv-03952-JPB-WEJ |
| | : | |
| LEXISNEXIS RISK SOLUTIONS, INC., | : | |
| | : | **JURY TRIAL DEMANDED** |
| Defendant. | : | |
| _____ | : | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

COMES NOW PLAINTIFF, MARY JANICE MCGOWAN PARKER, pursuant to LR 7.1B. NDGa., and files this Response to Defendant's Partial Motion to Dismiss Plaintiff's Complaint [Doc. 5]. In its Motion, Defendant argues that Ms. Parker's Count III to the original complaint relating to her Unfair and Deceptive Practices Toward the Elderly Act claim, O.C.G.A. § 10-1-850 et seq., should be dismissed for failing to state a claim upon which relief can be granted. Defendant's request for relief does not include Counts I or II.

Plaintiff has filed a Motion for Leave to Amend Complaint which included a First Amended and Supplemental Complaint which has voluntarily removed Count

III from the originally filed Complaint, and if allowed by the court, will moot the Defendant's motion to dismiss, which was only a partial motion to dismiss, and not related to the remaining claims.

## Conclusion

For the reasons set forth above, Plaintiff respectfully shows that Defendant's Partial Motion to Dismiss [Doc. 5] should be denied as moot.

Respectfully submitted,

                **SKAAR & FEAGLE, LLP**

by:    s/ *James M. Feagle*
        James M. Feagle
        Georgia Bar No. 256916
        jfeagle@skaarandfeagle.com
        Chelsea R. Feagle
        Georgia Bar No. 110863
        cfeagle@skaarandfeagle.com
        Cliff R. Dorsen
        Georgia Bar No. 149254
        cdorsen@skaarandfeagle.com
        2374 Main Street
        Suite B
        Tucker, GA 30084
        404 / 373-1970
        404 / 601-1855 fax

        Kris Skaar
        Georgia Bar No. 649610
        kskaar@skaarandfeagle.com

Justin T. Holcombe
Georgia Bar No. 552100
jholcombe@skaarandfeagle.com
133 Mirramont Lake Drive
Woodstock, GA 30189
770 / 427-5600
404 / 601-1855 fax

Robert S. Sola
*Pro Hac Vice*
rssola@msn.com
Robert S. Sola, P.C.
1500 SW First Avenue, Suite 800
Portland, OR 97201
Telephone: (503) 243-4546

**CERTIFICATE OF COMPLIANCE WITH LR 5.1B & 7.1D, NDGa.**

Pursuant to LR 7.1D, NDGa., I certify that this document has been prepared with one of the font and point selections approved by the court in LR 5.1B, to wit:

[x] Times New Roman, 14 point; or

[ ] Courier New, 12 point.

Respectfully submitted,

                                  **SKAAR & FEAGLE, LLP**

by:    s/ *James M. Feagle*
        James M. Feagle
        Georgia Bar No. 256916
        jfeagle@skaarandfeagle.com
        Chelsea R. Feagle
        Georgia Bar No. 110863
        cfeagle@skaarandfeagle.com

        ATTORNEY FOR PLAINTIFF

# CERTIFICATE OF SERVICE

I, James M. Feagle, hereby certify that I have this day filed the within and foregoing Plaintiff's Response to Defendant's Partial Motion to Dismiss Plaintiff's Complaint using the CM/ECF system which shall contemporaneously send notice to all counsel of record pursuant to Fed. R. Civ. P. 5(b)(2)(E) and 5(b)(3).

Respectfully submitted,

                                **SKAAR & FEAGLE, LLP**

by:    s/ *James M. Feagle*
        James M. Feagle
        Georgia Bar No. 256916
        jfeagle@skaarandfeagle.com
        Chelsea R. Feagle
        Georgia Bar No. 110863
        cfeagle@skaarandfeagle.com

ATTORNEY FOR PLAINTIFF