FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Nov 30 2023

KEVIN P. WEIMER, Clerk

By: s/Kari Butler
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARY JANICE MCGOWAN PARKER,<br><br>    Plaintiff,<br><br>    v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-CV-03952-JPB-WEJ |

## **ORDER**

This matter is before the Court on defendant LexisNexis Risk Solutions, Inc.'s Motion to Dismiss [5], asking the Court to dismiss Count III of the Complaint [1], and plaintiff Mary Janice McGowan Parker's Motion for Leave to Amend Complaint [12], seeking to dismiss Count III and amend her remaining claims.

Plaintiff filed her initial Complaint on September 1, 2023, and defendant moved to dismiss Count III on November 2, 2023. Twenty-seven days later, on November 29, 2023, plaintiff moved to amend her claims. Under the circumstances, plaintiff cannot amend the Complaint as a matter of right but may do so only with defendant's written consent or with the Court's leave. See Fed. R. Civ. P. 15(a)

(permitting amendment as a matter of course 21 days after serving a pleading or 21 days after service of a responsive pleading, and in all other cases permitting amendment only with consent of the opposing party or the court).

Because "[t]he court should freely give leave [to amend a pleading] when justice so requires," Fed. R. Civ. P. 15(a)(2), the undersigned **GRANTS** plaintiff's Motion for Leave to Amend Complaint [12] and **DEEMS** the First Amended and Supplemental Complaint [14] filed as of November 29, 2023. Furthermore, the Court **DENIES AS MOOT** defendant's Motion to Dismiss [5].

**SO ORDERED**, this 30th day of November, 2023.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE