UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARY JANICE MCGOWAN PARKER,

    Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS INC.,

    Defendant.

Case No. 1:23-cv-03952-JPB-WEJ

**DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.'S
CERTIFICATE OF INTERESTED PERSONS AND
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant LexisNexis Risk Solutions Inc. ("LexisNexis Risk") hereby submits this Certificate of Interested Persons and Corporate Disclosure Statement:

**(1) The undersigned counsel of record for LexisNexis Risk certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

    a. The parties to this action are Mary Janice McGowan Parker as the plaintiff and LexisNexis Risk Solutions Inc. as the defendant.

1

b. Defendant LexisNexis Risk states that it is not a publicly owned company, nor does it own ten percent or more of the stock of any publicly owned company. LexisNexis Risk Solutions Inc. is a wholly owned subsidiary of LexisNexis Risk Holdings Inc. LexisNexis Risk Holdings Inc. is a wholly owned subsidiary of RELX Inc. RELX Inc. is a wholly owned subsidiary of RELX Overseas Holdings Limited. RELX Overseas Holdings Limited is a wholly owned subsidiary of RELX (Holdings) Limited. RELX (Holdings) Limited is a wholly owned subsidiary of RELX Group plc, which is owned by RELX PLC (LSE: REL; NYSE: RELX).

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

LexisNexis Risk is not aware of other entities or persons, other than those identified herein, that have a financial interest that could be substantially affected by the outcome of this case.

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this proceeding:**

    a. For Plaintiff:

        James M. Feagle
        Georgia Bar No. 256916
        Chelsea R. Feagle
        Georgia Bar No. 110863
        Cliff R. Doresen
        Georgia Bar No. 149254
        **SKAAR & FEAGLE, LLP**
        2374 Main Street, Suite B
        Tucker, GA 30084
        Telephone: (404) 373-1970
        Fax: (404) 601-1855
        Email: jfeagle@skaarandfeagle.com
                cfeagle@skaarandfeagle.com
                cdorsen@skaarandfeagle.com

        Kris Skaar
        Georgia Bar No. 649610
        Justin T. Holcombe
        Georgia Bar No. 552100
        **SKAAR & FEAGLE, LLP**
        133 Mirramont Lake Drive
        Woodstock, GA 30189
        Telephone: (770) 427-5600
        Fax: (404) 601-1855
        Email: kskaar@skaarandfeagle.com
                jholcombe@skaarandfeagle.com

  b. For LexisNexis Risk Solutions Inc.:

    William J. Repko III
    Georgia Bar No. 301797
    James F. McCabe (*pro hac vice forthcoming*)
    **ALSTON & BIRD LLP**
    1201 West Peachtree Street
    Atlanta, Georgia 30309
    Telephone: (404) 881-7683
    Fax: (404) 881-7777
    Email: jim.mccabe@alston.com
       jay.repko@alston.com

Respectfully submitted this 13th day of December, 2023.

        /s/ William J. Repko III
        WILLIAM J. REPKO III
        Georgia Bar No. 301797
        jay.repko@alston.com

        ALSTON & BIRD LLP
        1201 West Peachtree Street
        Atlanta, GA 30309-3424
        Telephone: (404) 881-7683

        *Attorney for Defendant*
        *LexisNexis Risk Solutions Inc.*

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

/s/ William J. Repko III
WILLIAM J. REPKO III
Georgia Bar No. 301797
jay.repko@alston.com

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7683

*Attorney for Defendant*
*LexisNexis Risk Solutions Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on December 13, 2023, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send an email notification of such filing to all attorneys of record.

/s/ William J. Repko III
WILLIAM J. REPKO III
Georgia Bar No. 301797
jay.repko@alston.com